THE PARK TERRACE COMPANY, Respondent, v. MacEWAN & LEIBOWITZ, INC., and Others, Defendants. JACOB J. LEVINE, INC., Appellant. (9 actions.) BLUNOR REALTY CORPORATION, Respondent, v. MacEWAN & LEIBOWITZ, INC., and Others, Defendants. JACOB J. LEVINE, INC., Appellant. (3 actions.) MARY HOLDING CORPORATION, Respondent, v. MacEWAN & LEIBOWITZ, INC., and Others, Defendants. JACOB J. LEVINE, INC., Appellant. IDA REALTY CORPORATION, Respondent, v. MacEWAN & LEIBOWITZ, INC., and Others, Defendants. JACOB J. LEVINE,

INC., Appellant.— Motion to consolidate appeals granted. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.